# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EVANS, CHRISTINE ANNE § Case No. 16-80939
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $85,677.83        Assets Exempt: $42,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,871.38    Claims Discharged
                                              Without Payment: $36,699.61

Total Expenses of Administration: $2,128.62

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,128.62 | 2,128.62 | 2,128.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 39,570.99 | 39,570.99 | 2,871.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $41,699.61 | $41,699.61 | $5,000.00 |

4) This case was originally filed under Chapter 7 on April 15, 2016. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017      By: /s/JOSEPH D. OLSEN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Crownline 206 LS, With Trailer Partial inte | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 10.98 | 10.98 | 10.98 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 854.00 | 854.00 | 854.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.64 | 3.64 | 3.64 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $2,128.62 | $2,128.62 | $2,128.62 |
|---|---|---|---|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | N/A | 2,117.96 | 2,117.96 | 153.69 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 37,453.03 | 37,453.03 | 2,717.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $39,570.99 | $39,570.99 | $2,871.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80939  
**Case Name:** EVANS, CHRISTINE ANNE

**Period Ending:** 09/19/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/15/16 (f)  
**§341(a) Meeting Date:** 06/02/16  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2801 Cadbury Circle, Lake in the Hills, IL 60156 | 77,550.00 | 0.00 | | 0.00 | FA |
| 2  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3  Deposits of money: Chase Checking Account No. x | 399.83 | 0.00 | | 0.00 | FA |
| 4  Household Goods and Furnishings; Location: 2801 | 438.00 | 0.00 | | 0.00 | FA |
| 5  Wearing Apparel; Location: 2801 Cadbury Circle, | 100.00 | 0.00 | | 0.00 | FA |
| 6  2008 Honda CR-V, 46000 miles. Entire property va | 7,140.00 | 0.00 | | 0.00 | FA |
| 7  2005 Crownline 206 LS, With Trailer Partial inte | 9,334.00 | 5,000.00 | | 5,000.00 | FA |
| **7 Assets Totals** (Excluding unknown values) | **$95,011.83** | **$5,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is looking at the Debtor's interest in an old boat it was alleged to be between $5,000.00 and $15,000.00. The Trustee just didn't quite believe that. Given the age of the boat, it's location, the potential storage charges and whatever issues the Trustee would have to do with the son to avoid his possessory claim for certain expenses it would probably not be worth pursuit of the boat in question so the Trustee is going try and resolve with the Debtor for $5,000.00. If the Debtor will not resolve, the Trustee will just abandon interest.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2017    **Current Projected Date Of Final Report (TFR):**    July 25, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-80939  
**Case Name:** EVANS, CHRISTINE ANNE  

**Taxpayer ID #:** **-***0122  
**Period Ending:** 09/19/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/17 | {7} | Jason & Shelly Evans | per offer in compromise | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 06/01/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-80939, 016018067 | 2300-000 | | 3.64 | 4,986.36 |
| 08/21/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 3,736.36 |
| 08/21/17 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $10.98, Trustee Expenses;  Reference: | 2200-000 | | 10.98 | 3,725.38 |
| 08/21/17 | 104 | Joseph D Olsen | Dividend paid 100.00% on $854.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 854.00 | 2,871.38 |
| 08/21/17 | 105 | Capital One, N.A. | Dividend paid  7.25% on $2,117.96; Claim# 1; Filed: $2,117.96; Reference: | 7100-000 | | 153.69 | 2,717.69 |
| 08/21/17 | 106 | American Express Centurion Bank | Dividend paid  7.25% on $37,453.03; Claim# 2; Filed: $37,453.03; Reference: | 7100-000 | | 2,717.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

Net Receipts :     5,000.00  
―――――――  
Net Estate :     $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | 5,000.00 | 5,000.00 | 0.00 |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)